**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-4831**

———————————

UNITED STATES OF AMERICA,

                              Petitioner - Appellee,

     versus

GEORGE R. KIBBE, II,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CR-95-
73-MJG)

———————————

Submitted:  August 24, 1999      Decided:  October 7, 1999

———————————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James Wyda, Federal Public Defender, Barry J. Pollack, Assistant
Federal Public Defender, Baltimore, Maryland, for Appellant.  Lynne
A. Battaglia, United States Attorney, Barbara S. Sale, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George R. Kibbe, II, appeals the district court's order revoking his supervised release and imposing a twenty-four month term of imprisonment. Kibbe contends that the district court erred in failing to suppress the evidence obtained as a result of the probation officer's illegal search of his residence. We find that the admission of the evidence was not improper. See United States v. Armstrong, ___ F.3d ___, 1999 WL 498713, at *3 (4th Cir. 1999).

Accordingly, we affirm the sentence imposed by the district court. We deny Kibbe's motion for reconsideration of the order placing the case in abeyance as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED